UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CULTURED GOURMET LLC, et al.,

    Plaintiffs,

    v.

ERIC A. KLEIN,

    Defendant.

Case No.  15-cv-01631-DMR

**ORDER RESETTING HEARING DATE ON MOTIONS**

Re: Dkt. Nos. 7, 8

In light of Plaintiffs' responses [Docket Nos. 12 and 13] to Defendant's Motion to Strike and Motion to Disqualify [Docket Nos. 7 and 8], the court will reset the previously-scheduled hearing date on those motions to **June 11, 2015 at 11:00 a.m** so that the parties can meet and confer about whether Plaintiffs will be filing a motion to remand and/or a motion for sanctions.  If Plaintiffs do file those motions, the court may reschedule the hearings on all pending motions.  If Plaintiffs do not file those motions, Defendant's Motion to Strike and Motion to Disqualify will be heard on June 11.

**IT IS SO ORDERED.**

Dated: May 1, 2015

_____

Donna M. Ryu
United States Magistrate Judge