UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CULTURED GOURMET LLC, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ERIC A. KLEIN,<br><br>　　　　　Defendant. | Case No.  15-cv-01631-DMR<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE AND OTHER DEADLINES**<br><br>Re: Dkt. No. 29 |

In light of the parties pending motions, the court **vacates** the deadlines set forth in the Initial Case Management Order (Docket No. 3), including the Initial Case Management Conference previously scheduled for July 22, 2015.  Depending on the outcome of the motions, the court may set further deadlines at the hearing on the motions on July 23, 2015.

**IT IS SO ORDERED.**

Dated: July 1, 2015

_____
Donna M. Ryu
United States Magistrate Judge