UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CULTURED GOURMET LLC, et al., <br> Plaintiffs, <br> v. <br> ERIC A. KLEIN, <br> Defendant. | Case No.  15-cv-01631-DMR <br><br> **ORDER REMANDING CASE** |

For the reasons stated at the hearing on July 23, 2015, and in Docket No. 34, Plaintiffs' motion to remand is **granted** and the Clerk is directed to close the case and remand it to San Francisco Superior Court.

**IT IS SO ORDERED.**

Dated: July 24, 2015

_____
Donna M. Ryu
United States Magistrate Judge